**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | **ORDER** |
| | ) | |
| 305 N. 23rd Street, Apt. 120 | ) | |
| Bismarck, North Dakota | ) | Case No. 1:07-mj-012 |

_____

On March 25, 2008, the Government filed a Motion to Unseal Case. The court **GRANTS** the Government's motion (Docket No. 6) and **ORDERS** that the above-entitled action be unsealed.

Dated this 25th day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court