**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:   ) | **AMENDED ORDER** |
| ) | |
| 305 N. 23rd Street, Apt. 120               ) | |
| Bismarck, North Dakota                    ) | Case No. 1:07-mj-012 |

_____

On March 25, 2008, the Government filed a Motion to Unseal Case. The court **GRANTS IN PART** the Government's motion (Docket No. 6) and **ORDERS** that the above-entitled action be unsealed with the caveat that Attachments 3, 4, 5, 6, and 7 to the Request for Warrant (Docket No. 3) remain sealed.

Dated this 26th day of March, 2008.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court